KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TIMOTHY J. LUCEY (CSBN 172332)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Facsimile: (415) 436-7234
E-mail: Timothy.Lucey@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 3 - 05 - 71011 EDL |
| Plaintiff, ) | [~~PROPOSED~~] SPEEDY TRIAL ORDER |
| v. ) | |
| PATRICIA PINHEIRO, ) | |
| Defendant. ) | |

WHEREAS, PATRICIA PINHEIRO ("Pinheiro") is charged in a criminal complaint with violation of 18 U.S.C. § 371, in an action brought by the United States Postal Inspection Service;

WHEREAS, Pinheiro made her initial appearance on the aforesaid criminal complaint, before the Honorable Maria-Elena James, on February 13, 2006, and was released on a bond;

WHEREAS, the parties previously entered into a stipulation and order waiving time under Rule 5.1 as well as excluding time under 18 U.S.C. § 3161 through May 12, 2006, in order to provide for effective preparation of counsel;

SPEEDY TRIAL ORDER
[CR 3 05 71011 EDL]

WHEREAS, government counsel will be out of the office on extended family medical leave through mid-June 2006;

WHEREAS, the government is agreeable to delaying indictment in order to provide Pinheiro and her attorney the opportunity to review discovery, and where, since arrest preceded indictment in this matter, it is unreasonable to expect return and filing of the indictment within the period specified in section 3161(b), and further where it is in the defendant's best interest to waive time under both Rule 5.1 to allow time for a resolution and disposition short of indictment for a further six (6) weeks, through Friday, June 30, 2006;

THEREFORE, the parties agree and stipulate as follows:

1. Pinheiro hereby again waives her right to have a preliminary hearing conducted within 20 days of her initial appearance while out of custody, pursuant to Rule 5.1(c)-(d) of the Federal Rules of Criminal Procedure, taking into account the public's interest in the prompt disposition of criminal cases and for good cause shown;

2. Pinheiro hereby again waives her right to have all of the charges contained in the criminal complaint on which she made her initial appearance on February 13, 2006, indicted within thirty days of her initial appearance, which including prior exclusions of time, would be May 12, 2006, as required by 18 U.S.C. § 3161(b);

3. The government and Pinheiro hereby agree that any indictment by the government, as to charges contained in the criminal complaint, must be filed no later than **June 30, 2006**, pursuant to section 3161(h)(8)(B)(iii);

4. The government and Pinheiro hereby mutually agree that any preliminary hearing and/or arraignment be held no later than **June 30, 2006**;

The undersigned parties, by and through their counsel, hereby agree and stipulate that this waiver of time under Rule 5.1 of the Federal Rules of Criminal Procedure and section 3161(b) of the Speedy Trial Act shall remain in place until June 30, 2006, because this is a case in which arrest preceded indictment, such that delay in the filing of the indictment is caused because the arrest occurred at time that is unreasonable to expect return and filing of the

SPEEDY TRIAL ORDER
[CR 3 05 71011 EDL]

1 | indictment as to all of the charges contained in the criminal complaint, within the period
2 | specified in section 3161(b), pursuant to 18 U.S.C. § 3161(h)(8)(B)(iii).
3 |       Moreover, in light of defense counsel's ongoing efforts to review discovery provided by
4 | the government and the parties' mutual efforts to resolve this matter short of the necessity for
5 | indictment and trial, such that good cause has been shown to continue the date for defendant's
6 | preliminary hearing taking into account the public's interest in the prompt disposition of criminal
7 | cases, pursuant to F. R. Cr. P. Rule 5.1(d), and further, because this waiver of time will ensure
8 | effective preparation of counsel taking into account the exercise of due diligence, and continuity of counsel such that the
9 | ends of justice are served by granting this continuance outweighs the best interest of the public
10 | and the defendant in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161 (h)(8)(B)(iv).

12 | **IT IS SO STIPULATED.**

14 | BARRY J. PORTMAN      KEVIN V. RYAN
15 | Federal Public Defender      United States Attorney

16 | /s/ David Fermino /TPC      /s/

17 | AFPD DAVID FERMINO      TIMOTHY LUCEY
18 | for Defendant Patricia Pinheiro      Assistant United States Attorney

19 | **IT IS SO ORDERED.**

21 | Dated: 5/15/06

                              HON. ELIZABETH D. LAPORTE
                              United States Magistrate

SPEEDY TRIAL ORDER
[CR 3 05 71011 EDL]