FILED

DEC 2 7 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-FILING

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>PATRICIA PINHEIRO,<br><br>            Defendant. | )<br>)  No. CR06-0670-01 EDL<br>)<br>)<br>)  STIPULATION AND ORDER<br>)  CONTINUING SENTENCING<br>)<br>)<br>)<br>) |

**STIPULATION**

The parties agree to continue the sentencing in the above-captioned matter from January 16, 2007 to February 27, 2007 at 10:30 a.m. The continuance requested is necessary in order to resolve outstanding objections and to complete the presentence process. Assistant United States Attorney Timothy Lucey and Probation Officer David Ackermann have been contacted and have no objection to continuing the hearing in this matter.

**IT IS SO STIPULATED.**

DATED: December 22, 2006

_____
RONALD TYLER
Assistant Federal Public Defender
Counsel for Patricia Pinheiro

DATED: 12/22/2006

_____
TIMOTHY LUCEY
Assistant United States Attorney

- 1 -

1
## ORDER

2       The sentencing in this matter is continued until February 27, 2007 at 10:30 a.m.

3 IT IS SO ORDERED.

4

5 DATED: 12/27/06

6                             ELIZABETH D. LAPORTE
                            UNITED STATES MAGISTRATE COURT JUDGE

STIPULATION & ORDER CONTINUING SENTENCING
*United States v. Patricia Pinheiro*
CR 06-00670 EDL                     - 2 -