IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PATRICIA PINHEIRO,<br><br>    Defendant. | No. CR 06-0670-MAG (EDL)<br><br>STIPULATION AND ORDER CONTINUING HEARING |

## STIPULATION

Defense counsel requests to continue the hearing in the above-captioned matter from February 27, 2007 until March 20, 2007 at 3:00 p.m. The continuance requested is necessary because defense counsel will be out of the district. Assistant United States Attorney Timothy Lucey and United States Probation Officer David Ackerman have been contacted and have no objection to continuing the hearing in this matter.

**IT IS SO STIPULATED.**

DATED: 2/22/07

                                          RONALD TYLER
                                          Assistant Federal Public Defender
                                          Counsel for Patricia Pinheiro

DATED 2/23/07

                                          TIMOTHY LUCEY
                                          Assistant United States Attorney

## ORDER

For the foregoing reasons, the sentencing hearing in this matter is continued until March 20, 2007 at 3:00 pm.

IT IS SO ORDERED.

DATED: February 26, 2007



_____
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

STIP & ORDER CONTINUING
SENTENCING HEARING
*United States v. Patricia Pinheiro*